STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BARAJAS MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00457 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE STATUS HEARING DATE TO JANUARY |
| v. | ) ) | 16, 2013 FOR CHANGE OF PLEA HEARING BEFORE THE MAGISTRATE |
| MANUEL BARAJAS MALDONADO, | ) ) | COURT AND [PROPOSED] ORDER |
| Defendant. | ) ) | Hearing Date: January 15, 2013 Time: 10:00 a.m. |

The above-captioned matter is set on January 15, 2013 for a change of plea hearing and sentencing. The parties jointly request that the Court continue the matter to January 16, 2013, at 9:30 a.m., to the calendar of the Honorable Kandis A. Westmore for a change of plea hearing. The Court previously excluded time until January 15, 2013. As a result, the parties do not believe an additional exclusion of time is necessary.

On June 7, 2012, the grand jury charged Manuel Barajas Maldonado as a deported alien found in the United States, a violation of 8 U.S.C. § 1326. On June 12, 2012, Mr. Barajas Maldonado was arraigned on the Indictment and pleaded not guilty. Mr. Barajas faces a maximum sentence of 20 years imprisonment.

Stip. Req. To Continue Hearing Date to
Magistrate Calendar for Plea, No. CR-12-00457
SBA

1    The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement. In the proposed agreement, Mr. Barajas qualifies for the Northern District of California's early disposition program ("fast track") for illegal reentry cases. Because the parties have reached this agreement, the parties request that the Court place this matter on the magistrate calendar for January 16, 2013 so that Mr. Barajas may change his plea. The Court previously excluded time until January 15, 2013. Because no time has been used under the Speedy Trial Act, the parties do not believe an additional exclusion of time is necessary. The parties further agree that it is appropriate for the Court to refer this matter to the magistrate court for this hearing.

DATED: January 2, 2013                         /S/
                                            MAUREEN ONYEAGBAKO
                                            Assistant United States Attorney

DATED: January 2, 2013                         /S/
                                            ANGELA M. HANSEN
                                            Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) plea agreement;

2. Given the parties' agreement to have this case referred to the magistrate court for defendant's change of plea; and

3. Given that no time has been used under the Speedy Trial Act and the parties' agreement that an additional exclusion of time is unnecessary;

Based on these findings, IT IS HEREBY ORDERED that the change of plea and sentencing hearing on January 15, 2013, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and continued to January 16, 2013, at 9:30 a.m., for a change of plea hearing before the Honorable Kandis A. Westmore.

January _7, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge